IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL NELSON, :
    Plaintiff :
  v. : Case No. 3:23-cv-192-SLH-KAP
LISA NIESSNER, :
    Defendant :

<u>Memorandum Order</u>

    When I terminated the pleading at ECF no. 14 styled as a motion for temporary restraining order, I overlooked the similar unsigned pleading at ECF no. 7. It too is denied without prejudice to filing a real motion under Fed.R.Civ.P. 65 for the reasons already given. *See* ECF 15. If plaintiff wishes to file a real motion for temporary restraining order he must also sign it. See Fed.R.Civ.P. 11.

DATE:  June 12, 2024

                        Keith A. Pesto,
                        United States Magistrate Judge

Notice by U.S. Mail to:

Michael Nelson HD-4512
S.C.I. Somerset
1590 Walters Mill Road
Somerset, PA 15510